MERCER TUBE & MANUFACTURING COMPANY, Appellant and Respondent, *v.* AMERICAN ZINC SALES COMPANY, Respondent and Appellant.

Argued October 8, 1940; decided November 13, 1940.

*Henry H. Salzberg, Benjamin Beskin* and *Milton A. Horowitz* for plaintiff, appellant and respondent.

*Burt D. Whedon* for defendant, respondent and appellant.

On appeal from judgment: Judgment affirmed, without costs. No opinion.

On appeal from order: Order affirmed, without costs. First question certified answered in the affirmative. Second question certified not answered. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.